B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court

<u>Northern</u> District of <u>Illinois</u>

In re: <u>VICTORIA E. ANDERSON</u>          Case No. <u>12 B 32546</u>
          Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[  ] GRANTED.

  This order is subject to being vacated at a later time if developments in the administration of the
  bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

  The debtor shall pay the chapter 7 filing fee according to the following terms:

  $ <u>76.50</u>      on or before <u>September 14, 2012</u>

  $ <u>76.50</u>      on or before <u>October 16, 2012</u>

  $ <u>76.50</u>      on or before <u>November 16, 2012</u>

  $ <u>76.50</u>      on or before <u>December 14, 2012</u>

  Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
  additional property to an attorney or any other person for services in connection with this case.

  IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
  INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] SCHEDULED FOR HEARING.

  A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
  on _____ at _____ : AM/PM at _____.
                                        (address of courthouse)

  IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
  DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
  DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:   *Donald R. Cassling*

DATE: <u>August 20, 2012</u>

United States Bankruptcy Judge